ALEXANDER C. THARPE, plaintiff in error, *vs.* E. M. THARPE, defendant in error.

ALEXANDER C. THARPE, plaintiff in error, *vs.* CHARLES H. McCALL, defendant in error.

The judgment in each of these cases was rendered by the ordinary in favor of a legatee against the defendants in their individual capacity, and the executions issued thereon may be levied on their individual property; nor does the fact that in the executions the defendants are styled "*executors,*" affect the case.

TRIPPE, Judge.

---

A. T. FINNEY, plaintiff in error, *vs.* CHARLES FECHTNER, defendant in error.

A possessory warrant will not lie against a purchaser at a judicial sale made under the forms prescribed by law, on the ground that a trespass was committed by the levying officer in taking possession of the property, the purchaser not being *particeps* in the *tort.*

TRIPPE, Judge.